UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br><br>    Defendant. | Case No. 19-cv-02054-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS ORIGINAL COMPLAINT**<br><br>Re: Dkt. No. 9 |

After Defendant Harley-Davidson Motor Company, Inc. ("Harley-Davidson") moved to dismiss Plaintiff Ronald Garcia's original complaint, Garcia filed an amended complaint as permitted by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, superseding the original complaint. Harley-Davidson's motion is therefore DENIED AS MOOT, without prejudice to Harley-Davidson bringing a new motion in response to the amended complaint. The hearing set for June 28, 2019 is VACATED.

**IT IS SO ORDERED.**

Dated: June 11, 2019

JOSEPH C. SPERO
Chief Magistrate Judge