Ernest H. Eubanks, Jr. *(Pro Hac Vice)*
seubanks@rumberger.com
Florida Bar No. 0612091
Steven I. Klein (*Pro Hac Vice*)
sklein@rumberger.com
Florida Bar. No. 0675245
Samantha C. Duke *(Pro Hac Vice)*
sduke@rumberger.com
Florida Bar No. 091403
**RUMBERGER, KIRK & CALDWELL, P.A.**
300 South Orange Avenue, Suite 1400
Orlando, Florida  32801
Telephone:  (407) 872-7300
Facsimile:    (407) 841-2133

Abirami Gnanadesigan SBN 263375
AGnanadesigan@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

John M. Thomas SBN 266842
JThomas@dykema.com
Krista L. Lenart
klenart@dykema.com
**DYKEMA GOSSETT LLP**
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: (734) 214-7660
Facsimile: (734) 214-7696

Attorneys for Defendant,
HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

1

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE – Case No. 3:19-cv-02054-JCS

| | |
|---|---|
| RONALD GARCIA and MICHAEL HARRISON,<br><br>        Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,<br><br>        Defendant. | Case No.  3:19-cv-02054 JCS<br>Class Action<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   April 16, 2019<br>Trial Date:  None Set<br>Judge:  Magistrate Joseph C. Spero<br>Date:     June 28, 2019<br>Ctrm:    G, 15th Floor |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Ronald Garcia and Michael Harrison and Defendant, Harley-Davidson Motor Company Group, LLC, by and through the undersigned counsel, hereby stipulate that this action is dismissed with prejudice. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), this stipulation is effective immediately and no court order is required. *Urista v. Midland Funding, LLC*, No. 1:21-cv-00429-, 2021 U.S. Dist. LEXIS 155104, at *2 (E.D. Cal. Aug. 17, 2021) ("Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."); *see also Commercial Space Mgmt. Co. v. Boeing Co.,* 193 F.3d 1074, 1077 (9th Cir. 1999) (dismissal under Rule 41(a)(1)(A)(i) is effective on filing)

Respectfully submitted,

Dated: September 20, 2021      /s/ *Nicholas W. Armstrong*
                               Nicholas W. Armstrong
                               *Attorney for Plaintiffs*

2
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE – Case No. 3:19-cv-02054-JCS

/s/ Steven I. Klein
Steven I. Klein
*Attorney for Defendant*

Dated: September 21, 2021



## ATTESTATION

I, Steven I. Klein, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation for Dismissal with Prejudice. Pursuant to the Local Civil Rules, I hereby attest that Nicholas W. Armstrong, on whose behalf this filing is jointly submitted, has concurred in this filing.

*/s/ Steven I. Klein*

## CERTIFICATE OF SERVICE
**(United States District Court)**

I hereby certify that on September 20, 2021, I electronically filed the foregoing document described as JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF System which will send notifications of such filing via electronic mail to all counsel of record.

By: */s/ Steven I. Klein*